UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
MH SUB I, LLC d/b/a INTERNET          :
BRANDS, WEBMD HEALTH CORP.,           :
and WEBMD LLC f/k/a WEBMD, INC.,      :
                                      :
                                      :
            Plaintiffs,               :
                                      :      Case No. 1:23-cv-08973-JHR
      v.                              :
                                      :      [PROPOSED] ORDER TO REMAND
VINCENT MUEHTER,                      :
                                      :
                                      :
            Defendant.                :
                                      :
                                      :
------------------------------------- X

On October 17, 2023, the Parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court, having reviewed that stipulation and good cause appearing, orders as follows:

1.   The Parties' stipulation is approved; and

2.   The above-captioned action, docketed in the Southern District of New York at Case No. 1:23-cv-08973-JHR, is hereby remanded to the Supreme Court of the State of New York, County of New York.

IT IS SO ORDERED.

Dated: October 18, 2023                   _____
       New York, NY                       HON. JENNIFER H. REARDEN

3